```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
CARLOS MUNOZ YAGUE,                                            :
:
              Plaintiff,                                :
:    19-cv-11717 (LJL)
   -v-                                                        :
:    <u>ORDER</u>
:
VISIONAIRE PUBLISHING LLC,                                     :
:
              Defendant.                                :
:
---------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     A Telephonic Conference is scheduled for August 25, 2021 at 3:00 PM to discuss who will prosecute this case given attorney Richard Liebowitz's suspension from the practice of law in the Southern District of New York, *see In the Matter of Richard Liebowitz*, No. M-2-238 (S.D.N.Y. Nov. 25, 2020). Counsel for both parties as well as Plaintiff Carlos Munoz Yague are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. The conference will be cancelled if a notice of appearance is filed before the conference date by substitute counsel for the Plaintiff.

     SO ORDERED.

Dated: August 17, 2021
       New York, New York                              _____
                                                                    LEWIS J. LIMAN
                                                           United States District Judge