```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
CARLOS MUNOZ YAGUE,                                              :
                                                                 :
                        Plaintiff,                               :
                                                                 :      19-cv-11717 (LJL)
          -v-                                                    :
                                                                 :         ORDER
VISIONAIRE PUBLISHING LLC,                                       :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     Richard Liebowitz having been suspended from the practice of law in the Southern District of New York, *see In the Matter of Richard Liebowitz*, No. M-2-238 (S.D.N.Y. Nov. 25, 2020), the Clerk of Court is respectfully directed to terminate attorney Liebowitz as attorney for Plaintiff in this action.

     Attorney James Freeman for Plaintiff is directed to serve a copy of this Order upon Plaintiff Yague, and file proof of such service on the electronic docket of this action, no later than August 25, 2021.

SO ORDERED.

Dated: August 18, 2021
       New York, New York

                                              LEWIS J. LIMAN
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/18/2021