```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
CARLOS MUNOZ YAGUE,                                          :
                                                             :
                    Plaintiff,                               :
                                                             :    19-cv-11717 (LJL)
        -v-                                                  :
                                                             :    ORDER
VISIONAIRE PUBLISHING LLC,                                   :
                                                             :
                    Defendant.                               :
                                                             :
-------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      There is a pending motion for default judgment at Dkt. No. 12.  IT IS HEREBY ORDERED that the parties shall appear for a default judgment hearing on September 2, 2021 at 11:30 a.m.  Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

      By August 27, 2021, Plaintiff shall serve notice of the hearing on Defendant and file proof of such service on the docket.


      SO ORDERED.

Dated: August 18, 2021
       New York, New York                   _____
                                                        LEWIS J. LIMAN
                                             United States District Judge