# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

August 18, 2021

**VIA ECF**

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The request for an adjournment is GRANTED.  The default judgment hearing is rescheduled for September 14, 2021 at 10:00 a.m.  Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.
>
> August 18, 2021      SO ORDERED.
>
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

Re:     *Yague v. Visionaire Publishing LLC*, 1:19-cv-11717 (LJL)

Dear Judge Liman:

    We represent Plaintiff Carlos Munoz Yague in the above-captioned case and write pursuant to section 1.C of the Court's Individual Practices to respectfully request a brief adjournment of the default hearing scheduled for September 2, 2021 at 11:30 a.m.  Plaintiff's counsel is not available that date due to vacation plans. Plaintiff therefore requests that the hearing be rescheduled for anytime on or after September 8, 2021.

1) The original hearing date is September 2, 2021 at 11:30 a.m.
2) No previous requests for an adjournment have been made.
3) No previous request were granted or denied.
4) Defendant is in default, and therefore does not consent nor oppose this request.
5) No other dates will be impacted by this request.

Consistent with the Court's order [Dkt. No. 22], if the Court reschedules the hearing for an alternate date or time, Plaintiff will serve a copy of any subsequent order on Defendant by August 27, 2021.  We thank the Court for its consideration.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*

Liebowitz Law Firm, PLLC