USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Munoz Yague,

                Plaintiff,

-against-

Visionaire Publishing LLC,

                Defendant.

1:19-cv-11717 (LJL) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This case has been assigned to me for an inquest on damages. (*See* Order of Ref., ECF No. 31.) The parties (or, if the defendant still has not appeared, only the plaintiff) shall appear for a telephone conference on Thursday, February 17, 2022 at 11:00 a.m. to discuss next steps regarding the inquest. At the scheduled time, the parties (or, if the defendant still has not appeared, only the plaintiff) shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:    New York, New York
             February 10, 2022

_____
STEWART D. AARON
United States Magistrate Judge