USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Munoz Yague,

                Plaintiff,

-against-

Visionaire Publishing LLC,

                Defendant.

1:19-cv-11717 (LJL) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than Monday, March 14, 2022, Plaintiff shall, if he has not already done so, serve on Defendant his inquest papers and shall file proof of service on the ECF docket.  (*See* 2/17/2022 Order, ECF No. 34.)

SO ORDERED.

DATED:    New York, New York
              March 11, 2022

*/s/ Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge